**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Travell Bestes MOORE, Defendant–Appellant.**

**No. 02–4805.**

United States Court of Appeals, Fourth Circuit.

Submitted April 4, 2003.

Decided April 21, 2003.

Frank W. Dunham, Jr., Federal Public Defender, Larry W. Shelton, Supervisory Assistant Federal Public Defender, Norfolk, Virginia, for Appellant. Paul J. McNulty, United States Attorney, Laura M. Everhart, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Before LUTTIG and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

**OPINION**

PER CURIAM.

Travell Bestes Moore pled guilty to one count of possession with intent to distribute cocaine base and one count of posses-

sion of a firearm by a convicted felon. Moore challenges the district court's denial of his motion to suppress, contending that he was subject to a custodial interrogation without *Miranda* warnings and asserting that his statements and subsequent consent to search his home were both involuntary.

We review legal conclusions in a district court's suppression determination de novo and review the underlying facts under the clearly erroneous standard, giving due weight to inferences drawn from those facts by resident law enforcement officers. *United States v. Sprinkle,* 106 F.3d 613, 616–17 (4th Cir.1997). Upon our review, we find that Moore was properly questioned by officers pursuant to a valid investigative stop under *Terry v. Ohio,* 392 U.S. 1, 30, 88 S.Ct. 1868, 20 L.Ed.2d 889 (1968), for which *Miranda* warnings are not required. *See Berkemer v. McCarty,* 468 U.S. 420, 439–40, 104 S.Ct. 3138, 82 L.Ed.2d 317 (1984). We further conclude, based on the totality of the circumstances, that Moore's statements to officers and his consent to search his home for the firearm were both voluntarily given. *See United States v. Rusher,* 966 F.2d 868, 877 (4th Cir.1992).

Accordingly, we find the district court properly denied Moore's motion to suppress and affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*